# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0858
LT Case No. 2023-CF-003421-A

_____

MICHAEL ANTHONY FOSTER, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, and Brian Hofer, Assistant Attorney General, Tallahassee, for Respondent.

May 1, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 28, 2025 order denying Defendant's motion for postconviction relief rendered in Case No. 2023-CF-003421-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____